UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

In Re:

CORRINE MAY KESLER,

                Debtor

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21993-MBK

Judge: Michael B. Kaplan

## CONSENT ORDER SETTLING
## OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE,
## A DIVISION OF CAPITAL ONE, N.A.

The relief set forth on the following pages, number two (2) through three (3) is hereby ORDERED.

**DATED: September 5, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Corrine May Kesler |
| Case No.: | 19-21993-MBK |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed that:

1. The Debtor owns a 2018 HONDA Civic Sedan 4D LX I4, V.I.N. 2HGFC2F58JH519599, securing a lien held by COAF.

2. COAF shall be paid $20,298.47 plus 6.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $23,687.42.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2018 HONDA Civic Sedan 4D LX I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination or conversion, this agreement is not binding upon the parties.

3
Debtor:              Corrine May Kesler
Case No.:            19-21993-MBK
Caption of Order:    Consent Order Settling Objection to Confirmation

We hereby Consent to the form and entry of the foregoing Order.

_____
William H. Oliver, Jr., Esquire
2240 State Highway 33
Suite 112
Neptune, NJ 07753
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance
a division of Capital One, N.A.