UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

In Re:

**CORRINE MAY KESLER,**

               **Debtor**

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21993-MBK

Judge: Michael B. Kaplan

## CONSENT ORDER SETTLING
## OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE,
## A DIVISION OF CAPITAL ONE, N.A.

The relief set forth on the following pages, number two (2) through three (3) is hereby

ORDERED.

DATED: September 5, 2019

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

| Debtor: | Corrine May Kesler |
| Case No.: | 19-21993-MBK |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed that:

1. The Debtor owns a 2018 HONDA Civic Sedan 4D LX I4, V.I.N. 2HGFC2F58JH519599, securing a lien held by COAF.

2. COAF shall be paid $20,298.47 plus 6.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee.   Payments will total $23,687.42.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2018 HONDA Civic Sedan 4D LX I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case.   If not paid in full within this instant Chapter 13 case due to dismissal, termination or conversion, this agreement is not binding upon the parties.

3

| | |
|---|---|
| Debtor: | Corrine May Kesler |
| Case No.: | 19-21993-MBK |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

**We hereby Consent to the form and entry of the foregoing Order.**

William H. Oliver, Jr., Esquire
2240 State Highway 33
Suite 112
Neptune, NJ 07753
Attorney for Debtor

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance
a division of Capital One, N.A.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21993-MBK
Corrine May Kesler                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 05, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db              +Corrine May Kesler,   2 Fitzpatrick Run,   Millstone, NJ 08535-9433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Jason Brett Schwartz   on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald   on behalf of Creditor    U.S. Bank National Association, as Trustee for
           CitiGroup ET AL... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Corrine May Kesler bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                           TOTAL: 5