Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–21993–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Corrine May Kesler
 2 Fitzpatrick Run
 Millstone, NJ 07726

Social Security No.:
 xxx–xx–3720

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2019.

On August 31, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          October 6, 2020
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 1, 2020
JAN: mrg

                                                    Jeanne Naughton
                                                    Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 19-21993-MBK
Corrine May Kesler                                                  Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2          Date Rcvd: Sep 01, 2020
                               Form ID: 185                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Corrine May Kesler,    2 Fitzpatrick Run,    Millstone, NJ 08535-9433
r              +Keller Realty Williams,    Keller Williams Realty,    750 Broad Street,
                 Shrewsbury, NJ 07702-4230
518304759      +Caldwell Residential,    2340 US Highway 9 South,    Howell, NJ 07731-4016
518330051      +Chase Auto Finance,    POB 901003,    Ft Worth, TX 76101-2003
518330053      +First Premier Bank,    601 South Minnesota Ave,    Sioux Falls, SD 57104-4868
518304762      +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,   Trenton, NJ 08625-0971
518365545      +JPMorgan Chase Bank, N.A.,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518304764       Keller Williams,    50 B Rt 9,    Morganville, NJ 07751
518304765      +Mid America Bank & T,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
518304766      +Nick Nicosia, Esquire,    15 Church Street, Ste. 3,    Vernon, NJ 07462-3176
518304768     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,   Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
518304767      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
518427369      +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518304771      +Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
518304770       Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
518330052      +first Premier Bank,    Att: Bankruptcy,    POB 5524,   Sioux Falls, SD 57117-5524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 02 2020 00:37:14      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2020 00:37:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518304760      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 02 2020 00:40:02      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518315720      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 02 2020 00:38:43
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518343355      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 02 2020 00:38:43
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,   Houston, TX 77210-4360
518330050      +E-mail/Text: bk.notifications@jpmchase.com Sep 02 2020 00:37:01      Chase Auto Finance,
                 Att: Bankruptcy,    POB 901076,    Fort Worth, TX 76101-2076
518304761      +E-mail/Text: bk.notifications@jpmchase.com Sep 02 2020 00:37:01      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
518304763       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 00:36:34      Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,   Springfield, NJ 07081
518386557       E-mail/Text: bk.notifications@jpmchase.com Sep 02 2020 00:37:01      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix, AZ 85038-9505
518419621       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 00:38:48
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518422747      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 02 2020 00:37:27      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518307589      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 00:39:14      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518725997*     +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518304769     ##+Toni Smith,    45 Charleston Springs Road,    Millstone Township, NJ 08510-7969
                                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Sep 01, 2020
                               Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           CitiGroup ET AL... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Corrine May Kesler courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                          TOTAL: 6
```