| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6* | Order Filed on February 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Corrine May Kesler<br><br>                                         Debtor. | Chapter: 13<br><br>Case No.: 19-21993-MBK<br><br>Hearing Date: January 26, 2022<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING MOTION TO
VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 8, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Corrine May Kesler
Case No.: 19-21993-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 ("Creditor"), whereas the post-petition arrearage amount was $14,336.35, as of January 19, 2022, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2 Fitzpatrick Run, Millstone, New Jersey 07726** provided that the Debtor complies with the following:

    a. On or before January 31, 2022, the Debtor shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, the post-petition arrearage above, $14,336.35, and all other amounts due on the underlying loan; and

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the February 11, 2022 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

   4.  If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

   5.  Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $188.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ R. Cameron Legg* | */s/Gavin N. Stewart* |
| R. Cameron Legg, Esq. | Gavin N. Stewart, Esq. |
| Oliver & Legg, LLC | Stewart Legal Group, P.L. |
| 2240 State Highway 33, Suite 112 | 401 East Jackson Street, Suite 2340 |
| Neptune, NJ 07753 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |