| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on February 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Corrine Kesler,<br><br>                              Debtor | Case No.:  19-21993<br><br>Hearing Date:  January 26, 2022 at 9:00am<br><br>Chapter: 13<br><br>Judge:  MBK |

**ORDER COMPELLING AAA INSURANCE COMPANY
TO PAY THE CHAPTER 13 TRUSTEE CASUALTY PROCEEDS**

The relief set forth on page two (2) is hereby **ORDERED.**

**DATED: February 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     Corrine Kesler
Case No.    19-21993
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Order compelling AAA Insurance Company to pay casualty proceeds to Capital One Auto Finance and pay remaining proceeds to debtors as a result of an auto accident, and the Court having considered the papers submitted and any objections thereto, and for good cause appearing,

**O R D E R E D** that AAA Insurance Company shall pay to the Trustee the balance due on the secured vehicle loan of Capital One Auto Finance; and it is

**FURTHER O R D E R E D** that any remaining balance from the proceeds of the insurance policy claim shall be paid directly to the debtors, Corrine Kesler, by sending a check to his attorney, William H. Oliver, Jr., Esq., 2240 Route 33, Suite 112, Neptune, NJ 07753; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ____7____ days of the date hereof.