UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

Order Filed on February 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Corrine Kesler,

       Debtor

Case No.: 19-21993

Hearing Date: January 26, 2022 at 9:00am

Chapter: 13

Judge: MBK

## ORDER COMPELLING AAA INSURANCE COMPANY
## TO PAY THE CHAPTER 13 TRUSTEE CASUALTY PROCEEDS

The relief set forth on page two (2) is hereby **ORDERED.**

**DATED: February 15, 2022**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:    Corrine Kesler
Case No.   19-21993
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Order compelling AAA Insurance Company to pay casualty proceeds to Capital One Auto Finance and pay remaining proceeds to debtors as a result of an auto accident, and the Court having considered the papers submitted and any objections thereto, and for good cause appearing,

**O R D E R E D** that AAA Insurance Company shall pay to the Trustee the balance due on the secured vehicle loan of Capital One Auto Finance; and it is

**FURTHER O R D E R E D** that any remaining balance from the proceeds of the insurance policy claim shall be paid directly to the debtors, Corrine Kesler, by sending a check to his attorney, William H. Oliver, Jr., Esq., 2240 Route 33, Suite 112, Neptune, NJ 07753; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-21993-MBK

Corrine May Kesler     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corrine May Kesler, 2 Fitzpatrick Run, Millstone, NJ 08535-9433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for CitiGroup ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1

          USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
          on behalf of Debtor Corrine May Kesler courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7